UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SHEDRICK BOWES-NORTHERN,

   Plaintiff,

   v.

PEDCOR MANAGEMENT CORP., et al.,

   Defendants.

Case No. 2:22-CV-201 JD

## ORDER

The Court previously dismissed the plaintiff, Shedrick Bowes-Northern's, complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) on September 12, 2022. (DE 43.) However, the Court also gave the plaintiff until September 30, 2022, to file an amended complaint which contained a claim on which legal relief could be granted. (*Id.*) The Court warned the plaintiff that failure to abide by this deadline would result in the Court ordering the dismissal of his case without further notice.

September 30 has come and passed without the plaintiff filing an amended complaint, or any other document with the Court. Accordingly, the Court DIRECTS the Clerk to close this case.

   SO ORDERED.

   ENTERED: October 3, 2022

                                     /s/ JON E. DEGUILIO
                                     Chief Judge
                                     United States District Court