AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHEDRICK BOWES-NORTHERN
    Plaintiff

v.   Civil Action No. 2:22-cv-201

PEDCOR MANAGEMENT CORP.; VALPARAISO FIRE DEPARTMENT
KURT GLOMB; NORTHWEST COMMUNITY ACTION CORP
MARCELLA ESCAMILLA; DEZIRAIE RENOVALES
JOHN DOE; CALVIN DOE
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE.                  .

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E DeGuilio

DATE:   10/3/2022          GARY T. BELL, CLERK OF COURT

    by   s/S. Kowalsky
    *Signature of Clerk or Deputy Clerk*